449 A.2d 570

**COMMONWEALTH of Pennsylvania**

**v.**

**Gilbert DOMINGUEZ, a/k/a Paul Moreno, Petitioner.**

**No. 13 E.D. Allocatur Docket 1982.**

Supreme Court of Pennsylvania.

Aug. 26, 1982.

## ORDER

PER CURIAM:

Petition granted. The record establishes that petitioner was denied the effective assistance of counsel; the judgment of sentence is vacated and the matter is remanded for the appointment of new counsel unassociated with the Public Defender's Office of Monroe County.